ACCEPTED
06-14-00193-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/1/2015 6:50:01 PM
DEBBIE AUTREY
CLERK

## No. 06-14- 00193 - CR

| | | |
|---|---|---|
| **JAMES KENNETH OLSEN** | § | **SIXTH COURT** |
| | § | |
| | § | |
| **VS.** | § | **OF APPEALS** |
| | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **STATE OF TEXAS** |
| | § | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/1/2015 6:50:01 PM
DEBBIE AUTREY
Clerk

### APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Harrison County District Attorney, Appellee moves this Court pursuant to Tex. R. App. Proc. 10.5 and 38.6(D) for an extension of thirty (30) days or until May 2nd, 2015, in which to file the Appellee's brief. In support, the Appellee would show the following:

1. The Appellant's brief was filed on March 3rd, 2015.

2. Appellee's brief is due for filing on April 2nd, 2015.

3. This is the first request for extension of time.

4. Good cause exists for the granting of this motion. Within the past thirty days counsel for Appellee has undertaken the following matters in addition to his daily docket:

   A. In March counsel had to prepare and present 40 cases to the Grand Jury;

   B. Counsel has to prepare briefs in Smith v. State, Cause No. 06-14-00102-CR; Summage v. State, Cause No. 06-14-00210-CR and Bledsoe v. State, Cause No. 06-14-00138-CR.

C. Counsel has had to research and render advice on several potential litigation matters to the County Commissioners Court.

D. This motion is not sought for purposes of delay, but so that justice may be done.

Wherefore, Appellant requests until May 2nd, 2015, in which to complete his brief.

Respectfully submitted,

*/S/    Timothy J. Cariker*

Timothy J. Cariker
State Bar No. 24009942

P.O. Box 776
Marshall, Texas 75671
Telephone: 903-935-8408
Fax: 903-938-9312
timc@co.harrison.tx.us

ATTORNEY FOR APPELLEE
HARRISON COUNTY
DISTICT ATTORNEYS OFFICE

# CERTIFICATION OF SERVICE

I certify that a true and correct copy of the Appellee's First Motion for Extension of Time to File Appellee's Brief has been delivered to the Appellant's Attorney on Appeal.
.

*04/01/2015*                                    /S/      *Timothy J. Cariker*

Dated_____          _____

Timothy J. Cariker
State Bar No. 24009942

P.O. Box 776
Marshall, Texas 75671
Telephone: 903-935-8408
Fax: 903-938-9312
timc@co.harrison.tx.us